# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**CALVIN E. JACKSON** and **CARMEN A. JACKSON,**
Appellants,

v.

**WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA TRUST, NOT INDIVIDUALLY, BUT AS TRUSTEE FOR PRETIUM MORTGAGE ACQUISITION TRUST,** and
**UNITED STATES OF AMERICA, BY AND THROUGH THE SMALL BUSINESS ADMINISTRATION,**
Appellees.

No. 4D20-2779

[March 31, 2022]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Barry J. Stone, Senior Judge; L.T. Case No. 062014CA021611AXXXCE.

Bruce Jacobs of Jacobs Legal, PLLC, Miami, for appellants.

Adam G. Schwartz of Fox McCluskey Bush Robison PLLC, Stuart, for appellee Wilmington Savings Fund Society, FSB.

PER CURIAM.

*Affirmed.*

CONNER, C.J., GERBER and KUNTZ, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***